**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>American Association of Blood Banks</u>

    v.                                          Civil No. 09-cv-411-JM

<u>Boston Paternity, LLC,et al</u>

### ORDER OF RECUSAL

On December 17, 2009, Attorney Wilbur A. Glahn, III, of McLane, Graf, Raulerson & Middleton, filed an appearance in this case. Because Mr. Glahn is a partner at my former law firm, I hereby recuse myself from this case.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: December 18, 2009

cc:   All Counsel of Record